# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# JS-6

### CIVIL MINUTES -REOPENING/CLOSING

Case No. SACV 18-01889-AG (DFMx)          Date October 1, 2019

Title: Russell Sigler, Inc. v. David A. Whitaker

Present: The Honorable ANDREW J. GUILFORD

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present          Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

☒   Case should have been closed on entry dated May 21, 2019 [32]  JS-6  .

☐   Case settled but may be reopened if settlement is not consummated within _____ days.
        Make JS-6.

☐   Other _____

☐   Entered _____.

Initials of Preparer _____ mku